IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HERITAGE BANK f/k/a<br>BRAZOS BANK, N.A. | § § § § | |
| VS. | § | 3:99-CV-0801-R |
| REDCOM LABORATORIES, INC. and<br>FIBER WAVE TELECOM, INC. | § § § § | |

## ORDER

The FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE PAUL D. STICKNEY (filed June 9, 1999) are correct and they are adopted by this Court. The objections by Heritage Bank to these Findings, Conclusions and Recommendations are DENIED.

Accordingly, the Plaintiff's Motion to Remand is DENIED.

ENTERED: JUNE 29, 1999

_____
JERRY BUCHMEYER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS